UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-D-821

STEEL FLOORS, LLC,

Plaintiff,

v.

DIETRICH INDUSTRIES, INC.,

Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice, filed September 27, 2005.  Having reviewed the Motion and being otherwise fully advised, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated:  September 27, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge